UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:25-cv-59

| | |
|---|---|
| TERESA ARMSTRONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF REMOVAL |
| ) | |
| IREDELL PHYSICIAN NETWORK, LLC, ) | |
| and IREDELL MEMORIAL HOSPITAL, ) | |
| INCORPORATED, d/b/a IREDELL ) | |
| HEALTH SYSTEM, ) | |
| ) | |
| Defendants. ) | |
| ) | |

TO THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA

1. The named Defendants are defendants in a civil action in the Superior Court of Iredell County, North Carolina (25-CVS-868). On March 10, 2025, Plaintiff filed a Summons and Complaint against Defendants. Plaintiff served Defendants with the Summons and Complaint on or after March 21, 2025. Pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, Defendants remove this action to the United States District Court for the Western District of North Carolina, Statesville Division, which is the judicial district and division in which the action is pending.

2. The grounds for removal of this action are:

   a. This is an action of a civil nature in which the District Courts of the United States have been given original jurisdiction in that it arises under the laws of the United States within the meaning of 28 U.S.C. § 1331, specifically the Family and Medical Leave Act.

b. This is an action over which this Court would have had original jurisdiction had it been filed initially in this Court, and removal to this Court is proper under the provisions of 28 U.S.C. § 1441(a).

3. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it has been filed within 30 days of service of process.

4. Pursuant to the provisions of 28 U.S.C. § 1446(a), Defendants attach to this Notice of Removal and incorporates by reference a copy of the Summons and Complaint, marked as Exhibit 1.

5. Nothing in this Notice of Removal should be deemed a waiver of any defenses relating to lack of personal jurisdiction or lack or sufficiency of service. Defendants will file an answer or other responsive pleading within the time limits established by Rule of Civil Procedure 81(c), unless such limits are otherwise extended by the Court.

This the 17th day of April, 2025.

/s/ Frederick M. Thurman, Jr.
Frederick M. Thurman, Jr. (NC Bar No. 26159)
Shumaker, Loop & Kendrick, LLP
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280-0002
Telephone: (704) 375-0057
Facsimile: (704) 332-1197
E-Mail: fthurman@shumaker.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have caused a copy of the foregoing to be served by U.S. Mail and via the Court's ECF system on the following:

Richard T. Granowsky
Gate City Law
101 S. Elm St., Suite 76
Greensboro, NC 27401

This this 17th day of April, 2025.

                                                      /s/ Frederick M. Thurman, Jr.
                                                      Frederick M. Thurman, Jr.